TDCJ Offender Details

83,618-01

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 01758004 |
| **TDCJ Number:** | 01992748 |
| **Name:** | CHEW,ARTIS WAYNE |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1955-03-01 |
| **Maximum Sentence Date:** | 2018-11-09 |
| **Current Facility:** | RUDD |
| **Projected Release Date:** | 2018-11-09 |
| **Parole Eligibility Date:** | 2015-04-26 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

**SPECIAL INFORMATION FOR SCHEDULED RELEASE:**

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|